IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00883-AP

TINA M. SCHEEL ORR,

       Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

       Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

### 1.  APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

For Plaintiff:
TERRY S. FJELD
P.O. Box 17564
Colorado Springs, CO 80935
(719) 520-5385
tsfjeld@aol.com

For Defendant:
THOMAS H. KRAUS
Special Assistant United States Attorney

Social Security Administration
Office of the General Counsel
1961 Stout Street, Suite 1001A
Denver, Colorado  80294
(303) 848-0017
tom.kraus@ssa.gov

**2.    STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.    DATES OF FILING OF RELEVANT PLEADINGS**

    **A.    Date Complaint Was Filed:**  April 30, 2007

    **B.    Date Complaint Was Served on U.S. Attorney's Office:**  May 3, 2007

    **C.    Date Answer and Administrative Record Were Filed**:  July 5, 2007

**4.    STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

Plaintiff reserves the right to determine the adequacy of the record until such time as the record is more thoroughly reviewed for preparation of the Opening Brief.

**5.    STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence at this time.

**6.    STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case raises no unusual claims or defenses.

**7.    OTHER MATTERS**

None.

**8.    PROPOSED BRIEFING SCHEDULE**

    **A.    Plaintiff's Opening Brief Due:**  August 29, 2007

    **B.    Defendant's Response Brief Due:**  September 28, 2007

    **C.    Plaintiff's Reply Brief (If Any) Due:**  October 12, 2007

**9.  STATEMENTS REGARDING ORAL ARGUMENT**

>   A.   **Plaintiff's Statement:**  Plaintiff does not request oral argument.

>   B.   **Defendant's Statement:**  Defendant does not request oral argument.

**10.  CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

>   A.   **(X)  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

>   B.   **(  )  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.  OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.  AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that  the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 25th day of July, 2007.

BY THE COURT:

S/John L. Kane
U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/ Terry S. Fjeld | TROY A. EID |
| TERRY S. FJELD | UNITED STATES ATTORNEY |
| P.O. Box 17564 | |
| Colorado Springs, CO 80935 | s/ Thomas H. Kraus |
| (719) 520-5385 | By: THOMAS H. KRAUS |
| tsfjeld@aol.com | Special Assistant U.S. Attorney |
| | Social Security Administration |
| Attorney for Plaintiff | Office of the General Counsel |
| | 1961 Stout Street, Suite 1001A |
| | Denver, Colorado 80294 |
| | Telephone: (303) 844-0017 |
| | tom.kraus@ssa.gov |
| | |
| | Attorneys for Defendant |